JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OVERRATED PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL MUSIC GROUP RECORDINGS, INC., et al., <br><br> Defendants. | CV 19-2899-RSWL-RAO <br><br> **JUDGMENT** |

**WHEREAS,** on November 25, 2019, this Court **GRANTED** Defendant Universal International Music B.V.'s ("UIMBV") Motion for Summary Judgment ("Motion") [32] against Plaintiff Overrated Productions, Inc. ("Overrated"),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant as to the

1

Breach of Contract and Accounting claims, in accordance with this Court's previous Order granting Defendant's Motion for Summary Judgment.  As no defendants remain, the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: November 25, 2019      /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge