UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERRATED PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL MUSIC GROUP RECORDINGS, INC., et al., <br><br> Defendants. | CV 19-2899-RSWL-RAOx <br><br> **AMENDED JUDGMENT** |

    **WHEREAS,** on November 25, 2019, this Court **GRANTED** Defendant Universal International Music B.V.'s ("UIMBV") Motion for Summary Judgment ("MSJ") [32] against Plaintiff Overrated Productions, Inc. ("Overrated"),

    **WHEREAS,** on March 24, 2020, this Court **GRANTED** UIMBV's Motion for Attorneys' Fees ("Attorneys' Fees

Motion") and request to amend its Judgment to include Dennis Lambert as a judgment debtor [63],

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of UIMBV as follows:

1. Judgment is entered in favor of UIMBV as to the Breach of Contract and Accounting claims, in accordance with this Court's previous Order granting UIMBV's Motion for Summary Judgment;
2. In accordance with this Court's Order granting UIMBV's Motion for Attorneys' Fees, Dennis Lambert is added to this Action as a judgment debtor;
3. Plaintiff Overrated and Judgment Debtor Dennis Lambert shall be jointly and severally liable for all claims for relief in this Action;
4. UIMBV is awarded attorneys' fees in the amount of $358,291 for the fees incurred in litigating this Action;

As no defendants remain, the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 24, 2020      /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge