**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OVERRATED PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL MUSIC GROUP RECORDINGS, INC., et al., <br><br> Defendants. | CV 19 2899 RSWL RAO <br><br> **FURTHER AMENDED JUDGMENT** |

**WHEREAS**, on November 25, 2019, this Court **GRANTED** [59] Defendant Universal International Music B.V.'s ("UIMBV") Motion for Summary Judgment ("MSJ") against Plaintiff Overrated Productions, Inc. ("Overrated"),

**WHEREAS**, on March 24, 2020, this Court **GRANTED** [72] UIMBV's Motion for Attorneys' Fees ("Attorneys' Fees Motion") and request to amend its Judgment to include

1

Dennis Lambert as a judgment debtor,

**WHEREAS**, on March 24, 2020, this Court entered an Amended Judgment [73] in favor of UIMBV and against Overrated and Dennis Lambert in the amount of $358,291.00,

**WHEREAS**, on July 20, 2021, the Ninth Circuit Court of Appeals affirmed [79] both of this Court's rulings granting UIMBV's MSJ and UIMBV's Attorneys' Fees Motion,

**WHEREAS**, on October 18, 2021, the Ninth Circuit Court of Appeals granted [82] UIMBV's motion for attorneys' fees on appeal in the amount of $59,522.00,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Amended Judgment entered on March, 24, 2020 [73] is further amended as follows:

1. Judgment is entered in favor of UIMBV as to the Breach of Contract and Accounting claims, in accordance with this Court's previous Order granting UIMBV's Motion for Summary Judgment;
2. In accordance with this Court's Order granting UIMBV's Motion for Attorneys' Fees, Dennis Lambert is added to this Action as a judgment debtor;
3. Plaintiff Overrated and Judgment Debtor Dennis Lambert shall be jointly and severally liable for all claims for relief in this Action;

///
///
///

4. UIMBV is awarded attorneys' fees in the amount of $417,813 for the fees incurred in litigating this Action both in this Court and on appeal;

As no defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: November 23, 2021        /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge